Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 Ct. Cust. Appls. 78, C.A.D. 401), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 25, 1960

No. 64796.—Ucagco, Inc. *v.* United States, protest 303570–K (Boston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.

No. 64797.—John H. Faunce, Phila., Inc. *v.* United States, protests 59/29792, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ceramic rods similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained. Protest 59/29800 having been abandoned as to entry 4135, to that extent, the protest was dismissed.

No. 64798.—Ucagco, Inc. *v.* United States, protest 59/15772 (Boston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of butter dishes the same in all material respects as those the subject of Abstract 61910, the claim of the plaintiff was sustained.

No. 64799.—Reliance Merchandise Co., Inc. *v.* United States, protest 59/30733 (New York).